Case 2:20-cv-00467-TOR    ECF No. 23    filed 09/22/22    PageID.157    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 22, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE ESTATE OF CHRIS ROGERS, by and through personal representative STEVEN ROGERS,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SPOKANE, and NAPHCARE, INC., an Alabama corporation,<br><br>Defendants. | NO: 2:20-CV-0467-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE AS TO COUNTY OF SPOKANE |

BEFORE THE COURT is a Stipulated Motion for Order of Dismissal as to Defendant County of Spokane with Prejudice and Without Costs (ECF No. 22). The Plaintiff and Spokane County agree that all causes of action against Spokane County may be dismissed with prejudice and without cost to any party. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE AS TO COUNTY OF SPOKANE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Order of Dismissal as to Defendant County of Spokane with Prejudice and Without Costs, (ECF No. 22), is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action against Spokane County is **DISMISSED** with prejudice and without cost to any party.

3. The file remains **OPEN** as to the remaining party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal of Spokane County and furnish copies to counsel.

DATED September 22, 2022.



THOMAS O. RICE
United States District Judge