# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2023

SEAN F. McAVOY, CLERK

ESTATE OF CHRIS ROGERS, by and through personal representative, STEVEN ROGERS,
*Plaintiff*
v.
NAPHCARE, INC., an Alabama Corporation,
*Defendant*

Civil Action No. 2:20-CV-0467-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendant's Motion for Partial Summary Judgment (ECF No. 33) is GRANTED. The federal law claims asserted against Defendant NaphCare, Inc. are DISMISSED with prejudice. Defendant's Motion for Partial Summary Judgment (ECF No. 32) is GRANTED. The state law claims asserted against Defendant NaphCare, Inc. are DISMISSED with prejudice. Defendant's Motions to Strike and Exclude Experts (ECF Nos. 34, 35) are DENIED. Plaintiff's Motion for Partial Summary Judgment (ECF No. 29) is DENIED as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on the parties' cross-motions for summary judgment.

Date: April 3, 2023

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*
*(By) Deputy Clerk*

B. Fortenberry